JAMES A. McDEVITT
United States Attorney
Eastern District of Washington
JAMES P. HAGARTY
Special Assistant United States Attorney
402 East Yakima Avenue, Suite 210
Yakima, WA 98901-2760
(509) 454-4425

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MIGUEL ANGEL CABRERA, Defendant. | NO: CR-06-2160-WFN **ORDER GRANTING MOTION FOR ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE** **(Proposed)** |

BEFORE THE COURT is Plaintiff's Motion for Order Dismissing Indictment (Ct. Rec. 42 ). For the reason set forth in Plaintiff's motion, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Order Dismissing Indictment Without Prejudice(Ct. Rec. 42 ) is **GRANTED**.

The district court executive is directed to enter this order and provide copies to counsel.

Dated this 27th day of February, 2007.

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
UNITED STATES DISTRICT COURT JUDGE

I hereby certify that on February 27, 2007, I had filed the foregoing with the Clerk of the Court and mailed a copy of such filing to the following:

Ms. Rebecca L. Pennell

s/ James P. Hagarty
James P. Hagarty
Assistant United States Attorney
United States Attorneys Office
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
(509) 454-4425
Fax (509) 454-4435